AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 24-038 (ADC) |
| Fernando M. Velazquez-Perez (1) ) ) ) | |
| *Defendant* | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 2/13/2024

*fernando velazquez*
*Defendant's signature*

*[signature]*
*Signature of defendant's attorney*

Carlos A. Vazquez
*Printed name of defendant's attorney*

*[signature]*
*Judge's signature*

Bruce J. McGiverin, U.S. Magistrate Judge
*Judge's printed name and title*