UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> FERNANDO MIGUEL VELÁZQUEZ-PÉREZ, <br> Defendant. | INFORMATION <br><br> CRIMINAL NO. 24-038 (ADC) <br><br> VIOLATION: <br> 18 U.S.C. § 1470 <br> 18 U.S.C. § 2252(a)(2) |

THE UNITED STATES CHARGES:

### COUNT ONE
### Receipt of Child Exploitation Material
(Title 18, United States Code, Section 2252(a)(2))

From on or about March 6, 2020, to on or about March 9, 2020, in the District of Puerto Rico, and within the jurisdiction of this Court,

**FERNANDO MIGUEL VELÁZQUEZ-PÉREZ,**

the defendant herein, did knowingly attempt to receive a visual depiction of a minor engaging in sexually explicit conduct, such visual depiction having been shipped and transported using a means and facility of interstate and foreign commerce, and in or affecting interstate and foreign commerce, and having been produced using materials which had been mailed and so shipped and transported, by any means, including by computer, that is: the defendant, using his cellular phone which had internet capabilities, attempted to receive images depicting a thirteen-year old female minor engaged in sexually explicit conduct. All in violation of Title 18, United States Code, Section 2252(a)(2) and (b)(1).

1

## COUNT TWO
### Transfer of Obscene Material to a Minor
(Title 18, United States Code, Section 1470)

From on or about March 6, 2020, through on or about March 9, 2020, in the District of Puerto Rico and within the jurisdiction of this Court,

**FERNANDO MIGUEL VELÁZQUEZ-PÉREZ,**

the defendant herein, used a facility and means of interstate or foreign commerce, that is, a cellular phone that was not manufactured in Puerto Rico, as well as internet instant messaging services, to attempt to knowingly transfer obscene matters to an individual he believed to not have attained the age of 16 years. All in violation of Title 18, United States Code, Section 1470.

W. STEPHEN MULDROW
United States Attorney

_____
Jenifer Y. Hernández-Vega
Chief, Child Exploitation and Immigration Unit

_____
Linet Suárez
Assistant U.S. Attorney